_____FILED _____ENTERED
_____LODGED _____RECEIVED

OCT 1 8 2011

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA: | |
| v. | CRIMINAL NO. DKC-11-0530 |
| CHENG YI LIANG | |
| Defendant. | |

## CONSENT ORDER OF FORFEITURE

BASED UPON the defendant, Cheng Yi Liang, having been adjudged guilty of insider trading in violation of 15 U.S.C. §§ 78j(b) and 78ff, and finding that there is a nexus between the money judgment and the crime to which the defendant has pled guilty, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

1. As a result of the offense alleged in Count One of the Information, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(c), in conjunction with 28 U.S.C. 2461(c), a forfeiture money judgment in the amount of $3,776,152, representing the agreed-upon amount of proceeds of the defendant's crime of conviction traceable to the offense;

2. The defendant has agreed not to contest the forfeiture of properties listed in the action titled *United States v. All Funds and Assets in TD Ameritrade Account Nos. 885-037713, et al.*, Civil No. 11-00794 (D. Md.) (hereinafter "the civil forfeiture action");

3. All monies realized by the Government as a result of the civil forfeiture action shall be credited to the Defendant's money judgment;

4. The properties at issue in the civil forfeiture action will not satisfy the entirety of Defendant's money judgment;

5. The Court finds that, because of the acts and omissions of the defendant, proceeds of the offense other than the assets at issue in the civil forfeiture action are no longer available for forfeiture for one or more of the reasons set forth in Title 21, United States Code, Section 853(p) and that pursuant to Rule 32.2(e) and Title 21, United States Code, Section 853(p), the United States is entitled to an order forfeiting substitute property of the defendant, specifically the Thrift Savings Plan account no. 1101 9366 53848 in the name of Cheng Yi Liang;

7. The United States shall, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the monies in Thrift Savings Plan account no. 1101 9366 53848, and shall publish notice of this forfeiture as required by Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure;

8. Following the Court's disposition of any timely petitions filed pursuant to 21 U.S.C. § 853(n)(2), a final order of forfeiture shall be entered. If no petitions are filed, following the expiration of the time period specified during which such petitions may be filed, this Order shall become final and the United States shall have clear title to the aforementioned accounts and other properties and shall dispose of them in accordance with law;

9. The Court shall retain jurisdiction to enforce this Order and amend it as necessary, pursuant to Fed. R. Crim. Proc. 32.2(e);

10. Pursuant to Fed. Rule 32.2(b)(4)(A), this Consent Order of Forfeiture is final as to the defendant and shall be made a part of the sentence and included in the judgment of conviction; and

11. That the Clerk of the Court shall provide copies of this Order to all parties of record.

_Oct 18, 2011_
Date

_Deborah Chasanow_
Deborah K. Chasanow
United States District Judge